FORM 8A. Entry of Appearance   Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-2187

**Short Case Caption:** Agilent Technologies, Inc. v. Synthego Corporation

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Agilent Technologies, Inc.

| | |
|---|---|
| **Principal Counsel:** Mark A. Lemley | Admission Date: 02/03/1997 |
| Firm/Agency/Org.: Lex Lumina PLLC | |
| Address: 745 Fifth Avenue, Suite 500, New York, NY 10151 | |
| Phone: 510-915-4882 | Email: mlemley@lex-lumina.com |
| **Other Counsel:** Rebecca E. Weires | Admission Date: 07/05/2022 |
| Firm/Agency/Org.: Morrison & Foerster LLP | |
| Address: 425 Market Street, San Francisco, CA 94105 | |
| Phone: (415) 268-6028 | Email: rweires@mofo.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/27/23

Signature: /s/ Rebecca E. Weires

Name: Rebecca E. Weires

FORM 8A. Entry of Appearance                                        Form 8A (p.2)
                                                                    July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Denise M. De Mory | Admission Date: 9/18/1996 |
|---|---|
| Firm/Agency/Org.: Bunsow De Mory LLP | |
| Address: 701 El Camino Real, Redwood City, CA 94063 | |
| Phone: 650-351-7241 | Email: ddemory@bdiplaw.com |
| **Other Counsel:** Aaron R. Hand | Admission Date: 1/18/2018 |
| Firm/Agency/Org.: Bunsow De Mory LLP | |
| Address: 701 El Camino Real, Redwood City, CA 94063 | |
| Phone: 650-351-7244 | Email: ahand@bdiplaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |